# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM KOEHLER, IV,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>XAVIER BECERRA et al.,<br><br>　　　　　Respondents. | CASE NO. 2:20-cv-03136-MWF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: April 9, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE